BEFORE THE FIRST DIVISION, JUNE 27, 1958

**No. 62134.**—D. C. Andrews & Co., Inc., *v.* United States, protest 319333–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of negative carriers, parts of enlargers, similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1875), the claim of the plaintiff was sustained.